Clarence M. LAMB et al., v. LAKE ERIE HARBORS, Inc.

No. 6210.

Circuit Court of Appeals, Sixth Circuit.

April 10, 1933.

Williams, Eversman & Morgan, of Toledo, Ohio, for cross-appellants.

Marshall, Melhorn, Marlar & Martin, of Toledo, Ohio, for cross-appellee.

PER CURIAM.

Decree of District Court affirmed.

Thomas LICAVOLI v. Hon. George P. HAHN, District Judge of United States for Northern District of Ohio. Western Division.

No. 6444.

Circuit Court of Appeals, Sixth Circuit.

April 6, 1933.

John W. Hackett, of Toledo, Ohio, for petitioner.

Lee N. Murlin, Asst. U. S. Atty., of Toledo, Ohio, for respondent.

PER CURIAM.

Petition for writ of mandamus denied.

Robert H. LUCAS, Formerly Collector of Internal Revenue for the District of Kentucky v. PAUL JONES & COMPANY.

No. 6154.

Circuit Court of Appeals, Sixth Circuit.

Feb. 16, 1933.

See, also, 33 F.(2d) 907.

T. J. Sparks, U. S. Atty., of Louisville, Ky., for appellant..

Woodward, Hamilton & Hobson, of Louisville, Ky., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

Harry D. McCLEARY, Appellant, v. UNITED STATES of America, Appellee.

No. 7102.

Circuit Court of Appeals, Ninth Circuit.

May. 16, 1933.

Smith, Mahan & Smith, of Helena, Mont., and Howard Toole and W. E. Moore, both of Missoula, Mont., for appellant.

Wellington D. Rankin, U. S. Atty., Sam D. Goza, Jr., and D. L. Egnew, Asst. U. S. Attys., and D. D. Evans, Chief Atty., U. S. Veterans' Administration, all of Helena, Mont., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs filed in above cause, and after oral argument of counsel for the respective parties, ordered judgment of the District Court in this cause affirmed upon the decision of this court in Falbo v. United States, No. 6965, 64 F.(2d) 948.